Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No.: CV23-968-PHX-ASB |
| Plaintiff, | |
| vs. | Order |
| Protect Our Arizona, *et al*. | Honorable Alison S Bachus |
| Defendant | |

The Court has considered Plaintiffs Motion for Permission to use ECF/eFiling. Finding that good cause exists, the Motion is GRANTED. Plaintiff JASON CREWS shall have the above-captioned case added to his ECF account. The Clerk of Court is directed to permit registration and provide Plaintiff access to ECF for the above-captioned case.

_____
Honorable Alison S Bachus
United States District Judge

1