# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-00968-PHX-ASB |
| Plaintiff, | **ORDER** |
| v. | |
| Protect Our Arizona, et al., | |
| Defendants. | |

The Court has considered Plaintiff's Motion to Allow Electronic Filing by a Party Appearing without an Attorney and Supporting Information (Doc. 7).

**IT IS ORDERED** that *Pro Se* Plaintiff is **granted** permission to file electronically using the Court's electronic filing system.

**IT IS FURTHER ORDERED** that Plaintiff Jason Crews is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf, complete the required form to register as a user with the Clerk's Office within five (5) days of the date of this Order, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and the E-

Government Act of 2002. Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

Dated this 14th day of June, 2023.

_____
Honorable Alison S. Bachus
United States Magistrate Judge