Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.Crews@gmail.com
*PRO SE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Protect Our Arizona;<br><br>and<br><br>David Hameroff,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00968-JJT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jason Crews hereby gives notice to the Court, that whereas no party is an infant or incompetent, the above-captioned action is hereby voluntarily dismissed on the merits and with prejudice as against all Defendants.

Dated this 26th day of June, 2023.　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/*Jason Crews*
　　　　　　　　　　　　　　　　　　　　Jason Crews